**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, 02cr251 (JNE/JGL)

Plaintiff,

V.

**NOTICE OF SENTENCING**

EUGENE EDWARDS,

Defendant.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **SENTENCING** on Tuesday, February 15, 2005 at 2:00 p.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: February 3, 2005

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

TO: Ms. Ann Anaya
Mr. Bruce M. Rivers
Mr. Vincent R. Jones
Ms. Rebecca Chaiken, Probation Officer