# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | Case No: 02cr251 (JNE/JGL) (1) |
| | ) | Date: February 22, 2005 |
| | ) | Court Reporter: Maria Weinbeck |
| Eugene Edwards (1), Defendant. | ) | Time Commenced: 10:15 a.m. |
| | ) | Time Concluded: 10:45 a.m. |
| | ) | Time in Court: 30 Minutes |

Before Joan N. Ericksen, United States Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Ann Anaya
For Defendant: Vincent R. Jones 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: /

9 **Evidentiary Hearing** (only selection if witness list filed)**.**

: **Sentencing.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 and 2 | | yes | 135 months | | 5 years | | |
| 3 | | yes | 60 months | | 5 years | | |

Said terms to run 9 concurrently : consecutively

9 Special conditions of :

**See J&C for special conditions**

: Defendant sentenced to pay:
- 9 Fine in the amount of $.
- 9 Restitution in the amount of $.
- 9 Costs of prosecution in the amount of $ to be paid .
- : Special assessment in the amount of $300.00 to be paid .

9 Plea and plea agreement accepted.
9 Execution of sentence of imprisonment suspended until.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
9 On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
9 Motion for departure is 9 granted 9 denied.
: Defendant remanded to the custody of the U.S. Marshal.
Defendant advised of his right to appeal.

s/Sheri L. Frette
Calendar Clerk