# UNITED STATES DISTRICT COURT

## District of Minnesota

NOTICE OF APPEAL

**USCA 8 NO** ____________

| | |
|---|---|
| United States of America | |
| Plaintiff | CR No.02-251 |
| vs | District Court Docket Number |
| Eugene Edwards | Joan Ericksen |
| Defendant | District Court Judge |

Notice is given that Eugene Edwards appeals to the United States Court of Appeals for the Eighth Circuit from the ☑ Judgment & Commitment ☐ Order (Specify) entered in this action on February 22, 2005

| | |
|---|---|
| | Vincent R. Jones |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 722 Kostner Ave. | ( 708 ) 748-5266 |
| Street Address/Room Number | Telephone Number |
| Matteson IL 60443 | March 1, 2005 |
| City State Zip | Date |

## TRANSCRIPT ORDER FORM

**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

☐ Please Prepare a transcript of:

- ☐ Pre-trial proceedings
- ☑ Testimony or
- ☐ Portions thereof ________
- ☑ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify) ________

☐ I am not ordering a transcript because

- ☐ Previously filed
- ☐ Other (Specify) ________

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment

☑ Funds ☐ CJA Form 24 completed

[signature] March 1, 2005

Attorney's Signature Date

**NOTE: Complete All Items on Reverse Side**

SCANN[illegible]
MAR 04 [illegible]
U.S. DISTRICT C[illegible]

# INFORMATION SHEET
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address : 325 Jackson Strett c/o Anoka County Jail, Anoka MN 55303

2. Date of Sentence: 2-22-05 ☑ Jury ☐ Non-Jury

   Offenses:
   Count I Possession with Intent to Distribute More than 50 Grams of Cocaine Base
   Count II Possession with Intent to distribute more than 500 Grams of cocaine
   Count III Possession of a firearm in connection with a drug trafficking crime

   Trial Testimony - Number of days 2 Bail Status: no bail

3. Sentence and Date Imposed: 195 mos incarceration, 5 years supervised release, $300 assesment

4. Appealing: Sentence ☐ Conviction ☐ Both ☑

   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 3-1-05

   Stenographer in Charge : Maria Weinbeck
   (Name, Address, Phone) 316 North Robert Street, Suite 646, St Paul
   (651) 848-1224

6. Trial Counsel Was: ☐ Appointed (no fee required) ☑ Retained (filing fee $255 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes ☐ No

   Affidavit of Financial Status filed: ________

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☑ Yes ☐ No

7. Assistant US Attorney Name and Phone Number: Asst. U. S. Atty Ann Anaya, (612) 664-5600

## Court Reporter Acknowledgment

| Date Order Received | Estimated Completion Date | Est. Number of Pages |
|---|---|---|
| | | |

Court Reporter Signature ________ Date ________