Thu Mar 3 13:17:59 2005

CR 02-251 JNE

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 434465
Cashier deborah

M.O. Number: 07468641562

| DO Code | Div No |
|---|---|
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 3 | 105.00 |
| 2:510000 | N | 3 | 150.00 |

Total Amount $ 255.00

VINCENT R JONES/ 02CR251 JNE

APPEAL TO THE 8TH CIRCUIT

Fh

M.
Am
Pa
Ch
Un

SCANNED
MAR 04 2005
U.S. DISTRICT COURT