# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
05 MAR 23 PM 3: 17
CLERK U.S. DIST. COURT
ST. PAUL, MN

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758


# TRANSMITTAL SHEET

COPY

**Date:** March 22, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Michelle Conway, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **Unknown**

**District Court Number:** CR 02-251 JNE/JGL **Eugene Edwards**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(x) Entered in ECF (USDC purposes only)

---

**RECEIVED** USCA ACKNOWLEDGMENT

Received

By: MAR 2 2 2005

U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

Returned to District Court

Date:

By:

SCANNED
MAR 2 3 2005
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America

Appeal No. Unknown

vs.

Eugene Edwards

Criminal No. 02-251 JNE/JGL

Date delivered to U.S.C.A.: 3/22/05

Prepared by: mc

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Eugene Edwards**

U.S.C.A. #: Unknown
District Court #: Criminal 02-151 JNE/JGL

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | Order on Motions | 5/21/03 | 1-4 |
| 2. | Report and Recommendation | 5/21/03 | 5-11 |
| 3. | Objection to Report and Recommendation | 6/5/03 | 12-17 |
| 4. | Government's Objection to the Report and Recommendation | 6/6/03 | 18-25 |
| 5. | Order on Motions | 6/24/03 | 26-29 |
| 6. | Order on Motion | 7/31/03 | 30 |
| 7. | Superceding Indictment | 8/4/03 | 31-33 |
| 8. | Order on Motion | 9/11/03 | 34-35 |
| 9. | Report and Recommendation | 9/11/03 | 36-40 |
| 10. | Order on Motion | 12/15/03 | 41-45 |
| 11. | Order on Motion | 1/21/04 | 46 |
| 12. | Order on Motion | 2/11/04 | 47 |
| 13. | Jury List | 2/24/04 | 48-53 |
| 14. | Government's Proposed Voir Dire Questions | 2/26/04 | 54-56 |

| | | | |
|---|---|---|---|
| 15. | Government's Request for Instructions of Law | 2/26/04 | 57-117 |
| 16. | Court Jury Instructions | 2/26/04 | 118-154 |
| 17. | No. 1 and 2 Jury Question(s) and Answers by the Court | 2/26/04 | 155-157 |
| 18. | Verdict | 2/26/04 | 158-159 |
| 19. | Judgment of Eighth Circuit Court of Appeals | 3/11/04 | 160 |
| 20. | Judgment in a Criminal Case | 2/23/05 | 161-166 |
| 21. | Notice of Appeal | 3/3/05 | 167-168 |
| 22. | Docket Sheet | | 169-180 |