**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America**

v.

**Eugene Edwards**

ORDER

Cr.02-251 JNE/JGL

---

Local Rule 83.6 (b)(1) of this court states that any attorney who has been prohibited from practicing law by order of any other court shall automatically forfeit his right to practice law before this Court during the same period that such attorney has been prohibited from practicing law by such other court. It appearing to the satisfaction of the court that by an order of the Illinois Supreme Court, entered on May 20, 2005,Vincent R. Jones, practicing at 722 Kostner, Matteson, IL, 60443, who had been admitted pro hac vice in this case, was suspended from the practice of law before the courts of the State of Illinois for three years;

**IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(b) of this court, that Vincent R. Jones be and is hereby automatically suspended from the practice of law and shall be ineligible to practice law before this court during the same period that he is prohibited from practicing law by the Illinois Supreme Court. If Vincent R. Jones believes that he should not be prohibited from practicing law before this court, then he may seek relief in the manner prescribed by Local Rule 83.6(b).

**IT IS FURTHER ORDERED** That the Clerk of this Court shall serve this order upon Vincent R. Jones by mail and file proof of such

service. This order shall serve as the notice of automatic forfeiture that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(b)(1).

DATED: 6-27-05

BY THE COURT

s/ Joan N. Ericksen
JOAN N. ERICKSEN
U.S. District Judge

Enclosed: Copy of Local Rule 83.6(b)