ORIGINAL RECEIVED
BY MAIL

JUL 19 2005

CLERK, US DIST. COURT
ST. PAUL, MN

Eugene Edwards
#10963-041 1-2
P.O. Box 4000
Rochester, MN 55903-4000

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-251 JNE/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Eugene Edwards<br>Defendant. | ) | DEFENDANT'S / PETITIONER'S MOTION REQUESTING TRANSCRIPT'S FROM DISTRICT COURT PROCEEDINGS |

Comes now Defendant, Eugene Edwards, Pro Se and requests this honorable Court that Transcrpits from **all** District Court Proceedings be produced and forwarded to the Defendant so that he may proceed Pro Se on direct appeal 05-1738 United States Vs. Eugene Edwards.

The United States Court of Appeals for the Eight Circuit has established an Appeal Briefing Schedule Order. The Defendant petitions that in order to maintain compliance with the United State Court of Appeals Order, the District Court order and forward the aforementioned Transcripts promptly and prior to the filing date for Transcript of August 22nd, 2005 expressed on the Appeal Briefing Schedule Order.

Defendant/Petitioner attest under penalty of perjury that the foregoing is true and accurate to the best of his ability and knowledge.

Executed this 17th day of July, 2005

Eugene Edwards
Eugene Edwards, Defendant

SCANNED
JUL 19 2005
U.S. DISTRICT COURT ST. PAUL