CR 02-251

**CERIFICATE OF SERVICE**

This is to certify that a true and correct copy of this Motion was served upon the U.S. Attorney for the District of Minnesota, 600 U.S Courthouse 300 S. Fourth Street, Minneapolis, MN 55415, via First Class mail, with postage prepaid, this 17th day of July, 2005

Eugene Edwards

Eugene Edwards, Pro Se

RECEIVED
BY MAIL
JUL 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN