UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 27, 2005

Mr. Eugene Edwards
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
#10963-041
P.O. Box 4600
Rochester, MN 55903-4600

RECEIVED
05 JUL 28 PM 3:18
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Re: 05-1738 United States vs. Eugene Edwards

CR 02-251 JNE/JGL

Dear Mr. Edwards:

Your motion for transcript at government expense has been filed and will be referred to Court upon your completion of the enclosed motion and affidavit for permission to appeal in forma pauperis. Please note that the briefing schedule is suspended pending filing of the enclosed completed motion and will remain suspended until this Court has rendered a decision on both the motion to proceed in forma pauperis and the motion for transcript at government expense.

The enclosed completed motion must be filed no later than August 11, 2005, in the St. Paul Clerk's Office at the following address:

United States Court of Appeals
316 North Robert Street, Suite 500
St. Paul, MN 55101

You will be advised at a later date if a revised briefing is established.

(5176-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

jab

cc: Ann M. Anaya
Maria Weinbeck, Court Reporter
Richard Sletten, Clerk

SCANNED
JUL 28 2005
U.S. DISTRICT COURT ST. PAUL

District Court/Agency Case Number(s): CR 02-251 JNE/JGL

July 27, 2005

jab

05-1738 United States v. Eugene Edwards

Mr. Eugene Edwards
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
#10963-041
P.O. Box 4600
Rochester, MN 55903-4600

Ms. Ann M. Anaya
U.S. ATTORNEY'S OFFICE
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Ms. Maria Weinbeck
Court Reporter
Suite 646
316 N. Robert Street
St. Paul, MN 55101

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
708 Federal Building
316 N. Robert Street
St. Paul, MN 55101

(5075-010199)