# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUN - 5 2006
CLERK, US DIST. COURT
ST. PAUL, MN

No. 05-1738

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Eugene Edwards, | * | District of Minnesota. |
| | * | CR02-251 JNE/JGL |
| Appellant. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 12, 2006

Order Entered in Accordance with Opinion:

Michael E. Gans
Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JUN 0 5 2006
U.S. DISTRICT COURT ST. PAUL