UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, 02cr251 (JNE)

Plaintiff,

v. **ORDER**

EUGENE EDWARDS,

Defendant.

---

On May 9, 2007, Defendant, Eugene Edwards, filed a Motion under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence. The Government has until June 29, 2007 in which to respond.

DATED: May 11, 2007.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court