# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr251(JNE)

EUGENE EDWARDS 07cv2239(JNE)

Defendant(s).

I hereby certify that on June 26, 2007, I served, or caused to be served, the following documents:

**Government's Response to Defendant's Motion for Habeas Relief Pursuant to 28 U.S.C. § 2255**

I certify, further, that I electronically filed the above-listed document with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

**Eugene Edwards**
10963-041
FMC - Rochester
PO Box 4000
Rochester, MN 55903-4000

RACHEL K. PAULOSE
United States Attorney

s/ Kim Anderson
BY: KIM ANDERSON
Legal Assistant