UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>EUGENE EDWARDS,<br>Defendant. | Criminal No. 02-251(1) (JNE)<br><br>**MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

Mr. Edwards through counsel, moves this Court pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment from 195 months to a sentence of 180 months on the grounds that the retroactive amendment to the crack cocaine guideline changes the base offense level in Mr. Edward's case from 32 to 30.

On February 22, 2005, this Court sentenced Mr. Edwards to 195 months. At that time, the offense level of the drugs for which Mr. Edwards was convicted was 32. His criminal history range was II, making the guidelines range 135 - 168 months, with a 120 month mandatory minimum.

Part of the 195 - month sentence was 60 months consecutive for possession of a Firearm in Connection with Drug Trafficking. Therefore, it appears he received 135 - months, or the low end of the guidelines, for just the possession with intent to distribute drugs.

Under the November 1, 2007, crack cocaine guidelines amendments, Mr. Edward's total offense level is reduced from 32 to 30, resulting in a new guidelines range of 108 - 135 months. Due to the mandatory minimum, the low end of the range becomes 120 - months.

Mr. Edward has a current BOP release date of February 28, 2018. With a sentencing reduction of 15 months he will be eligible for release from BOP custody on or about February 6, 2007.

Therefore, Mr. Edward moves this court to issue an Order reducing his sentence to 180 months (120 month mandatory minimum plus 60 months consecutive for firearm charge.)

Dated: July 11, 2008

Respectfully submitted,

*s/ Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415