UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-251(1) (JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br><br>EUGENE EDWARDS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

Eugene Edwards has moved for a sentencing reduction under the revised and retroactive amendments to the United States Sentencing Guidelines applicable to crack cocaine cases, pursuant to 18 U.S.C. § 3582(c). It is hereby ORDERED that Mr. Edwards' motion is granted. His sentence is amended to a term of 180 months. The other components of the sentence remain.

Date: July 23, 2008

s/ Joan N. Ericksen
Honorable Joan N. Ericksen
United States District Court Judge
District of Minnesota